IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR384 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES A. HOWARD, | ) | |
| WILLIE C. GUNTER and | ) | |
| WILLIAM P. GUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

The government's Motion to Continue (Filing No. 37) is granted.

**IT IS ORDERED** that the evidentiary hearing on all pending motions is continued to **February 14, 2007, at 9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, all defendants with pending motions must be present unless excused by the Court.

DATED this 2nd day of February, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge