# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR384 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAMES A. HOWARD, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Susan M. Bazis to withdraw as counsel for the defendant, James A. Howard (Filing No. 69). The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The motion to withdraw (Filing No. 69) is granted. Glenn A. Shapiro is appointed to represent the above-named defendant in this matter and shall forthwith file an appearance in this matter. Susan M. Bazis shall forthwith provide Glenn A. Shapiro with the discovery materials provided the defendant by the government and such other materials obtained which are material to James Howard's defense. The clerk shall provide a copy of this order to the Federal Public Defender.

**IT IS SO ORDERED**.

DATED this 26th day of March, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge