### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR384** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JAMES HOWARD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant James Howard (Howard) to review detention (Filing No. 166). Howard seeks release under supervision of Pretrial Services and electronic monitoring. However, Howard remains in state custody on other charges pending his federal sentence in this matter. The U.S. Marshal continues to maintain a detainer with Douglas County Corrections. As such, the court's previous order holding the issue of detention in abeyance pending Howard's coming into federal custody remains in effect. **See** Filing No. 25.

Howard's motion to review detention (Filing No. 166) is denied, without prejudice.

**IT IS SO ORDERED.**

DATED this 11th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge