# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR384 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES A. HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant James A. Howard (Howard) for a psychological exam (Filing No. 170). The motion is granted to the extent that Howard's counsel may engage a local mental health specialist in accordance with 18 U.S.C. § 3006A(e)(2) or by submitting an appropriate CJA Form 20 to the undersigned magistrate judge for approval under 18 U.S.C. § 3006A(e)(1). The maximum compensation for such services as set forth in 18 U.S.C. § 3006A(e)(3) shall apply.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge