# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:6CR384 |
| vs. | ORDER |
| JAMES A. HOWARD, | |
| Defendant. | |

This matter is before the Court on the Request for Transcript, filed by non-party Marlene Howard, ECF No. 340.

The request for a transcript of the sentencing hearing of James A. Howard, held on November 26, 2007, is granted, provided Marlene Howard contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript of Marlene Howard, ECF No. 340, is granted as to the transcript under the conditions described above, and otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Marlene Howard at the address provided in ECF No. 340.

Dated this 8th day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge